# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JANICE CLARK**                                                                                    **PLAINTIFF**

**vs.**                                              **NO. 4:09CV00877 GTE**

**TRANSAMERICA LIFE INSURANCE**
**COMPANY, and AEGON USA, INC.**                                            **DEFENDANTS**

## ORDER OF DISMISSAL

The Court has been advised by the parties that this action has been settled.

IT IS THEREFORE ORDERED that the Complaint in this matter be, and it is hereby, DISMISSED WITH PREJUDICE.

SO ORDERED this 8th day of February, 2011.

                                                      /s/ Garnett Thomas Eisele
                                                      UNITED STATES DISTRICT JUDGE